# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141868

GET BACK UP, INC. and WILLIAM TAYLOR,
      Petitioners-Appellants,

v

                                      SC: 141868
                                      COA: 299190
DETROIT BOARD OF ZONING APPEALS,       Wayne CC: 08-107348-AA
      Respondent-Appellee,

and

RUSSELL WOODS SULLIVAN AREA
ASSOCIATION,
      Intervenor-Appellee.
_____/

      On order of the Court, the application for leave to appeal the July 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011                                                                            

d0418                                                                     Clerk